```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

**STEVEN JAMES SMITH**                                                   **PLAINTIFF**

       **v.**            **Civil No. 10-5206**

**SHERIFF KEITH FERGUSON, et al.**                              **DEFENDANTS**

### O R D E R

NOW on this 12th day of November 2010, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 3), and Plaintiff's objection thereto (Doc. 4). The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is sound in all respects, and that Plaintiff has stated neither law nor fact to refute the Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's objection to the Magistrate Judge's Report and Recommendation (Doc. 4) is hereby **overruled**;

**IT IS FURTHER ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 3) is hereby **adopted in *toto***;

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **denied** and plaintiff's complaint is hereby **dismissed without prejudice**.

       IT IS SO ORDERED.                    /s/ Jimm Larry Hendren
                                            **HON. JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**